NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAY VICTORIAN, DOC# Y11509,　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　　　Case No. 2D17-4346
　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
_____)

Opinion filed October 24, 2018.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Jay Victorian, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, Cornelius C. Demps, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


　　　　　　Affirmed.


KELLY, and SALARIO, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE
Concur.